# EXHIBIT
# A

IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA

SUNNY JAMES CURTISS,

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendant.

_____________________________________________/

CIVIL DIVISION

CASE NO.:

UNOFFICIAL DOCUMENT

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

The Plaintiff, **Sunny James Curtiss**, by and through the undersigned counsel, hereby sues the Defendant, **Wal-Mart Stores East, LP,** and alleges:

1. This is an action for damages which exceeds Seventy Five Thousand Dollars ($75,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **Sunny James Curtiss**, was and is a resident of Highlands County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **Wal-Mart Stores East, LP,** was and is a Foreign Profit Corporation and a citizen of the state of Arkansas, actively doing business in Avon Park, Highlands County, Florida.

4. Venue is proper in this County in that the Defendant does business in Highlands County, Florida, and/or all of the acts complained of herein occurred in Highlands County, Florida.

5. That on or about April 15, 2022, the Plaintiff, **Sunny James Curtiss**, was a business invitee of the Defendant, **Wal-Mart Stores East, LP**'s premises located at 1041 US Hwy 27 North, Avon Park, Florida 33825.

**COUNT I - NEGLIGENCE CLAIM AGAINST WAL-MART STORES EAST, LP**

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on April 15, 2022, Defendant, **Wal-Mart Stores East, LP**, owned, managed, controlled, operated, and/or maintained the premises located at 1041 US Hwy 27 North, Avon Park, Highlands County, Florida.

7. That on or about April 15, 2022, the Plaintiff, **Sunny James Curtiss,** was lawfully in Defendant, **Wal-Mart Stores East, LP's** premises, when he slipped in a puddle of water.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said water or other similar substance from the floor of the premises; and/or

UNOFFICIAL DOCUMENT

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **Wal-Mart Stores East, LP**, the Plaintiff, **Sunny James Curtiss**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **Sunny James Curtiss,** will suffer the losses into the future.

UNOFFICIAL DOCUMENT

WHEREFORE, Plaintiff, **Sunny James Curtiss**, hereby demands judgment for damages, costs and interest from the Defendant, **Wal-Mart Stores East, LP,** together with whatever other relief the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

The Plaintiff, **Sunny James Curtiss,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: March 18, 2023

**RUBENSTEIN LAW, P.A.**
Attorneys for
9130 S Dadeland Blvd
Miami, Florida 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: Jdamiani@rubensteinlaw.com
eservice@rubensteinlaw.com

By: */s/ Peter Hunt*
Peter Hunt
Florida Bar No.: 107350

UNOFFICIAL DOCUMENT